UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re: William G Spurrell
    Debtor

Chapter 13
Case Number 17-20192-MMH

_____

**NOTICE OF APPEARANCE**

Please take notice that Orlans PC has been retained as Attorney for Creditor, Nationstar Mortgage LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  _August 14, 2017____

    Respectfully submitted,

    ___/s/ Namrata Loomba_____
    Kathryn Smits, Bar # 13912
    Namrata Loomba, Bar # 20053
    Orlans PC
    PO Box 2548
    Leesburg, VA 20177
    (703)777-7101
    Attorneys for Nationstar Mortgage LLC
    ksmits@orlans.com
    nloomba@orlans.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned states that on August 14, 2017, copies of Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Bankruptcy Trustee*

Lindsay Cohn Rausch
P.O. Box 930
Sykesville, MD 21784
lrausch@rauschlaw.net
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of Notice of Appearance to the following non-ECF participants:

William G Spurrell
7116 Harlan Drive
Sykesville, MD 21784
*Debtor*

                                                                          /s/ Namrata Loomba_____
                                                                          Kathryn Smits, Esquire
                                                                          Namrata Loomba, Esquire